

# NUMBERS 13-22-00472-CR; 13-22-00473-CR; 13-22-00474-CR; 13-22-00475-CR; 13-22-00476-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

ROY GUZMAN JR.,                                         **Appellant,**

**v.**

THE STATE OF TEXAS,                                    **Appellee.**

### On appeal from the 38th District Court
### of Medina County, Texas.

## ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Benavides and Tijerina**
**Order Per Curiam**

These appeals are before the Court on appellant's motions to supplement the reporter's record and to extend time to file appellant's briefs. Texas Rule of Appellate Procedure 34.6(d),(e)(3) provides that if anything relevant is omitted, the reporter's record may be supplemented and that any dispute regarding inaccuracies may be submitted to

the trial court.

Therefore, these appeals are abated and the causes remanded to the trial court. Upon remand, the judge of the trial court shall determine and issue findings and conclusions of (1) whether anything was omitted from the reporters' records. *See* 34.6(e). Furthermore, the trial court shall determine what steps are necessary to ensure the prompt preparation of a complete reporter's records and shall enter any orders required to avoid further delay and to preserve the parties' rights.

Therefore, appellant's motions to supplement the reporter's records are carried with the case, and the trial court shall prepare and file its findings and orders and cause them, along with any omitted items, to be included in supplemental clerk's records which should be submitted to the Clerk of this Court within thirty days from the date of this order. Furthermore, the motions to extend time to file appellant's briefs are granted and appellant's briefs are ordered due on or before forty-five days after the trial court findings are submitted to this court.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
7th day of December, 2022.

2